**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| LILO COOPER and LESLIE COOPER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 4:23-CV-01128-MTS |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| THE BOEING COMPANY (sued | ) | |
| individually and as successor-in-interest to | ) | |
| MCDONNELL DOUGLAS | ) | |
| CORPORATION successor-by-merger to | ) | |
| DOUGLAS AIRCRAFT COMPANY, INC. | ) | |
| and MCDONNELL AIRCRAFT | ) | |
| CORPORATION), et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that, effective immediately, Donald Keith Thomas III, of the law firm of MANNING GROSS + MASSENBURG LLP, who has recently entered his appearance, hereby substitutes in as counsel of record for Defendant The Boeing Company, incorrectly denominated as The Boeing Company (sued individually and as successor-in-interest to MCDONNELL DOUGLAS CORPORATION successor-by-merger to DOUGLAS AIRCRAFT COMPANY, INC. and MCDONNELL AIRCRAFT CORPORATION)., in place of Kyler H. Stevens, who is no longer employed with the firm.

Respectfully submitted,

MANNING GROSS + MASSENBURG LLP


By:    */s/ Donald Keith Thomas III*
        Donald Keith Thomas III, #76782
        KThomas@mgmlaw.com
        400 N. Main St., Suite D
        Edwardsville, IL 62025-1618
        618-277-5500 telephone
        618-607-5299 facsimile
        ATTORNEYS FOR DEFENDANT
        THE BOEING COMPANY, INCORRECTLY
        DENOMINATED AS THE BOEING COMPANY
        (SUED INDIVIDUALLY AND AS SUCCESSOR-
        IN-INTEREST TO MCDONNELL DOUGLAS
        CORPORATION SUCCESSOR-BY-MERGER TO
        DOUGLAS AIRCRAFT COMPANY, INC. and
        MCDONNELL AIRCRAFT CORPORATION)

## PROOF OF SERVICE

The undersigned certifies the foregoing was filed and served upon all counsel of record via the court's Missouri Eastern District Court E-filing -CM/ECF System this 14th day of July, 2026.


        */s/ Donald Keith Thomas III*
        ATTORNEYS FOR DEFENDANT
        THE BOEING COMPANY, INCORRECTLY
        DENOMINATED AS THE BOEING COMPANY
        (SUED INDIVIDUALLY AND AS SUCCESSOR-
        IN-INTEREST TO MCDONNELL DOUGLAS
        CORPORATION SUCCESSOR-BY-MERGER TO
        DOUGLAS AIRCRAFT COMPANY, INC. and
        MCDONNELL AIRCRAFT CORPORATION)